UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ROSE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>DISTRICT OF COLUMBIA,<br>SUPERIOR COURT OF THE<br>    DISTRICT OF COLUMBIA,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | Case No.: 1:07-cv-00926<br>Judge: Richard W. Roberts<br>Next Event: Response Due<br>June 13, 2007 |

**DEFENDANT SUPERIOR COURT OF THE DISTRICT OF COLUMBIA'S
CONSENT MOTION TO ENLARGE TIME TO FILE
RESPONSE TO COMPLAINT**

Defendant Superior Court of the District of Columbia (hereinafter "Superior Court"),[1] by its attorney the Office of the Attorney General for the District of Columbia, respectfully requests additional time – to July 23, 2007 – to file its response to the complaint for the following reasons:

1)     The Office of the Attorney General represents the District defendants and only recently received the complaint.

2)     The undersigned Assistant Attorney General received this case on June 6, 2007.

---

[1] As of the time of the filing of this Consent Motion, there is no record that the complaint and summons had been served on Defendant the District of Columbia. If Plaintiff has proof of such service, undersigned counsel respectfully requests that it be provided forthwith. In the event that service on the District of Columbia has been accomplished, this extension also shall apply to that Defendant.

3) Defendants require additional time to investigate the allegations in the complaint and prepare an adequate answer or other response.

4) This request for extension is not for any improper purpose nor is it interposed to cause any undue delay in these proceedings.

5) In light of the fact that the federal government defendants have sixty (60) days to respond, this request of the local government defendants, who only have twenty (20) days to respond, would not unduly delay any proceedings in this matter. An additional forty (40) days for time to response is therefore requested.

6) Pursuant to Local Rule 7(m), undersigned counsel has consulted with Plaintiff's counsel who graciously consented to the relief requested.

WHEREFORE, Defendant requests an additional forty (40) days – to July 23, 2007 – to respond to the complaint.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_\_\_/s/\_Ellen Efros_____
Ellen Efros (250756)
Chief, Equity I

\_\_\_\_\_/s/\_Robert J. Hildum_____
Robert J. Hildum
\_\_\_\_/s/ *Jayme Kantor*_____
Jayme Kantor (488502)
Assistant Attorney Generals

441 4th Street, N.W.  
6th Floor South  
Washington, D.C. 20001  
(202) 724-6642  
(202) 724-6627  
robert.hildum@dc.gov  
jayme.kantor@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER ROSE,**      ) | |
|         **Plaintiff,**      ) | |
|                                ) | Case No.: 1:07-cv-00926 |
|       v.                 ) | Judge: Richard W. Roberts |
|                                ) | Next Event: Response Due |
| **UNITED STATES OF AMERICA,**      ) | June 13, 2007 |
| **DISTRICT OF COLUMBIA,**      ) | |
| **SUPERIOR COURT OF THE**      ) | |
|    **DISTRICT OF COLUMBIA,**      ) | |
| **FEDERAL BUREAU OF INVESTIGATION,** ) | |
|         **Defendants.**      ) | |

**POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO
COMPLAINT**

1. Fed. R. Civ. P. 6(b).

2. The equitable powers of the Court.

          Respectfully submitted,

          LINDA SINGER
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          ____/s/_Ellen Efros_____
          Ellen Efros (250756)
          Chief, Equity I

          _____/s/_Robert J. Hildum_____
          Robert J. Hildum

          ____/s/ *Jayme Kantor*_____
          Jayme Kantor (488502)
          Assistant Attorney Generals

441 4th Street, N.W.  
6th Floor South  
Washington, D.C. 20001  
(202) 724-6642  
(202) 724-6627  
robert.hildum@dc.gov  
jayme.kantor@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER ROSE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>**DISTRICT OF COLUMBIA,** )<br>**SUPERIOR COURT OF THE** )<br>**DISTRICT OF COLUMBIA,** )<br>**FEDERAL BUREAU OF INVESTIGATION,** )<br>)<br>**Defendants.** )<br>)<br>_____) | **Case No.: 1:07-cv-00926**<br>**Judge: Richard W. Roberts**<br>**Next Event: Response Due**<br>**June 13, 2007** |

## ORDER

This matter having come before the Court upon Defendant Superior Court of the District of Columbia's Consent Motion to Respond to Complaint, the points and authorities in support thereof, and consent of Plaintiff, it is by the Court on this \_\_\_\_\_ day of _____, 2007:

ORDERED, that Defendant's Motion be **GRANTED**, and

FURTHER ORDERED that time for answering or otherwise responding to the complaint is extended from **June 13, 2007**, through and including **July 23, 2007**.

_____
Richard W. Roberts
U.S. District Court Judge

Copies to:
    Robert J. Hildum, Esq.
    Jayme Kantor, Esq.
    Assistant Attorney Generals
    441 4th Street, N.W.

6th Floor South
Washington, D.C. 20001


Bernard Solnick, Esq.
11 N. Washington Street
Suite 640
Rockville, MD 20850