UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

      Plaintiff,

v.

UNITED STATES OF AMERICA
and
DISTRICT OF COLUMBIA
and
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
and
FEDERAL BUREAU OF INVESTIGATION

      Defendants.

Case : 1 :07-cv-00926 (RWR)
Hon. Richard W. Roberts

## PROOF OF SERVICE

I, Bernard Solnik, attorney for the Plaintiff, declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that:

On May 29, 2007 a fully executed Summons, together with a copy of the Complaint filed in the above-entitled action and an Initial Electronic Case Filing Order entered in the above-entitled action and a blank Electronic Case Files Attorney/Participant Registration Form were mailed by United States certified mail, return receipt requested, postage prepaid, to:

UNITED STATES OF AMERICA
C/o     Alberto Gonzales
         Attorney General
         Department Of Justice
         10th And Constitution Ave NW
         Washington, DC 20530

A signed receipt or other evidence that delivery was made to the addressee or the addressees' authorized agent is attached hereto.

                                  /s/ Bernard Solnik
                                  Bernard A. Solnik, Esq. (D.C. Bar #448453)
                                  11 N. Washington Street, Suite 640
                                  Rockville, MD 20850
                                  Tel. 301-294-9200

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USA
   c/o Alberto Gonzales
   Attorney General
   Dept Justice
   10th & Constitution Ave, NW
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Earnest L Parker_    ☐ Agent
                           ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAY 29 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7007 0710 0002 5767 1635

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540