UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

    Plaintiff,

v.

UNITED STATES OF AMERICA
and
DISTRICT OF COLUMBIA
and
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
and
FEDERAL BUREAU OF INVESTIGATION

    Defendants.

Case : 1:07-cv-00926 (RWR)
Hon. Richard W. Roberts

## PROOF OF SERVICE

I, Bernard Solnik, attorney for the Plaintiff, declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that:

On May 29, 2007 a fully executed Summons, together with a copy of the Complaint filed in the above-entitled action and an Initial Electronic Case Filing Order entered in the above-entitled action and a blank Electronic Case Files Attorney/Participant Registration Form were mailed by United States certified mail, return receipt requested, postage prepaid, to:

UNITED STATES OF AMERICA
C/o    Jeffrey A. Taylor, U.S. Attorney
       District of Columbia
       555 Fourth Street, NW
       Washington, DC 20530
       Attention: Civil Process Clerk

A signed receipt or other evidence that delivery was made to the addressee or the addressees' authorized agent is attached hereto.

                            /s/ Bernard Solnik
                          Bernard A. Solnik, Esq. (D.C. Bar #448453)
                          11 N. Washington Street, Suite 640
                          Rockville, MD 20850
                          Tel. 301-294-9200



# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0002 5767 1628**
Detailed Results:
- **Delivered, May 29, 2007, 4:32 am, WASHINGTON, DC 20530**
- **Notice Left, May 28, 2007, 5:31 am, WASHINGTON, DC 20530**
- **Arrival at Unit, May 28, 2007, 3:38 am, WASHINGTON, DC 20022**

< Back        Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS      site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



1. Article Addressed to:
USA c/o Jeffrey Taylor, U.S. Atty
555 Fourth Street NW
Washington DC 20530
Attention: Civil Process Clerk

2. Article Number (Transfer from service label): 7007 0710 0002 5767 1628

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540