UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

      Plaintiff,

v.

UNITED STATES OF AMERICA
and
DISTRICT OF COLUMBIA
and
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
and
FEDERAL BUREAU OF INVESTIGATION

      Defendants.

Case : 1 :07-cv-00926 (RWR)
Hon. Richard W. Roberts

## PROOF OF SERVICE

    I, Bernard Solnik, attorney for the Plaintiff, declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that:

On May 26, 2007 a fully executed Summons, together with a copy of the Complaint filed in the above-entitled action and an Initial Electronic Case Filing Order entered in the above-entitled action and a blank Electronic Case Files Attorney/Participant Registration Form were mailed by United States certified mail, return receipt requested, postage prepaid, to:

UNITED STATES OF AMERICA
C/o      Federal Bureau of Investigation
         J. Edgar Hoover Building
         935 Pennsylvania Ave., NW
         Washington, DC 20535-0001

A signed receipt or other evidence that delivery was made to the addressee or the addressees' authorized agent is attached hereto.

                                    /s/ Bernard Solnik
                            Bernard A. Solnik, Esq. (D.C. Bar #448453)
                            11 N. Washington Street, Suite 640
                            Rockville, MD 20850
                            Tel. 301-294-9200



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0002 5767 1673**
Detailed Results:

- **Delivered, May 26, 2007, 5:38 am, WASHINGTON, DC 20022**
- **Notice Left, May 26, 2007, 1:57 am, WASHINGTON, DC 20535**
- **Arrival at Unit, May 26, 2007, 1:40 am, WASHINGTON, DC 20022**

< Back                                    Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy