UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

      Plaintiff,

v.

UNITED STATES OF AMERICA
and
DISTRICT OF COLUMBIA
and
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
and
FEDERAL BUREAU OF INVESTIGATION

      Defendants.

Case : 1:07-cv-00926 (RWR)
Hon. Richard W. Roberts

## PROOF OF SERVICE

I, Bernard Solnik, attorney for the Plaintiff, declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that:

On May 24, 2007 a fully executed Summons, together with a copy of the Complaint filed in the above-entitled action and an Initial Electronic Case Filing Order entered in the above-entitled action and a blank Electronic Case Files Attorney/Participant Registration Form were mailed by United States certified mail, return receipt requested, postage prepaid, to:

DISTRICT OF COLUMBIA
C/o Adrian M. Fenty, Mayor
    John A. Wilson Building
    1350 Pennsylvania Ave., NW
    Washington, DC 20004.

A signed receipt or other evidence that delivery was made to the addressee or the addressees' authorized agent is attached hereto.

                              /s/ Bernard Solnik
                            Bernard A. Solnik, Esq. (D.C. Bar #448453)
                            11 N. Washington Street, Suite 640
                            Rockville, MD 20850
                            Tel. 301-294-9200

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

District of Columbia
c/o Adrian Fenty, Mayor
John A. Wilson Bldg
1350 Pennsylvania Avenu
20004

2. Article Number
(Transfer from service label)
7007 0710 0002 5767 1642

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
5/24/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540