UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ROSE<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>and<br>DISTRICT OF COLUMBIA<br>and<br>SUPERIOR COURT OF THE DISTRICT OF COLUMBIA<br>and<br>FEDERAL BUREAU OF INVESTIGATION<br><br>      Defendants. | Case : 1 :07-cv-00926 (RWR)<br>Hon. Richard W. Roberts |

## PROOF OF SERVICE

I, Bernard Solnik, attorney for the Plaintiff, declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that:

On May 23, 2007 a fully executed Summons, together with a copy of the Complaint filed in the above-entitled action and an Initial Electronic Case Filing Order entered in the above-entitled action and a blank Electronic Case Files Attorney/Participant Registration Form were mailed by United States certified mail, return receipt requested, postage prepaid, to:

DISTRICT OF COLUMBIA
C/o Linda Singer, Attorney General of DC
    441 Fourth Street, NW Suite 1060N
    Washington, DC 20001.

A signed receipt or other evidence that delivery was made to the addressee or the addressees' authorized agent is attached hereto.

                                        /s/ Bernard Solnik
                                    Bernard A. Solnik, Esq. (D.C. Bar #448453)
                                    11 N. Washington Street, Suite 640
                                    Rockville, MD 20850
                                    Tel. 301-294-9200

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x M. Smith   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*):  DC Gov't   C. Date of Delivery: 5-23-2007 |
| 1. Article Addressed to:<br>District of Columbia<br>c/o Linda Singer, Atty Gen'l DC<br>441 Fourth St NW Ste 1060N<br>Washington DC 20001 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number (*Transfer from service label*)  7007 0710 0002 5767 1659 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540