UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PETER ROSE | ) | |
| | ) | |
| V. | ) | 1:07-CV-00926 (RWR) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al. | ) | |

NOTICE OF APPEARANCE

The United States of America and the Federal Bureau of Investigation ("Federal Defendants"), by and through their attorney, the United States Attorney for the District of Columbia, respectfully inform the Court that the above-captioned matter has been assigned to Assistant United States Attorney Thomas S. Rees, D.C. Bar No. 358-962, telephone number 202-305-4822, who hereby notices his appearance on behalf of the Federal Defendants.

Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No. 490-610)
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Division

_____
THOMAS S. REES (D.C. Bar No. 358-962)
Assistant United States Attorney
Special Proceedings Division
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2007, a copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system on:

>Bernard A. Solnik, Esq.
>11 North Washington Street, Ste. 640
>Rockville, MD 20850
>
>Linda Singer, Attorney General of the District of Columbia
>441 4th Street, N.W.
>Suite 1060 N
>Washington, D.C. 20001
>
>Honorable Rufus G. King, III, Chief Judge
>Superior Court of the District of Columbia
>500 Indiana Avenue, N.W.
>Washington, D.C. 20001

_____
THOMAS S. REES
ASSISTANT UNITED STATES ATTORNEY