```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


PETER ROSE                     )
                               )
          V.                   )       1:07-CV-00926 (RWR)
                               )
UNITED STATES OF AMERICA,      )
 et al.                        )
```

FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO ANSWER, MOVE, OR OTHERWISE PLEAD

The United States of America and the Federal Bureau of Investigation ("Federal Defendants"), by and through their attorney, the United States Attorney for the District of Columbia, respectfully move for an extension of time to and including September 28, 2007, in which to answer, move, or otherwise plead with respect to the action initiated by plaintiff's complaint. The undersigned attempted to reach counsel for plaintiff on July 26, 2007, to learn his position on this motion. From a voice message from plaintiff's counsel received this morning, the undersigned learned that plaintiff's counsel wanted to discuss the motion. The undersigned returned that call this morning, but plaintiff's counsel was not then available.

In support, the Federal Defendants state that the undersigned, who was assigned to this matter on July 18, 2007, after the case was re-assigned from another attorney, has been obliged to prepare for a previously scheduled hearing in another matter scheduled for August 3, 2007, and has been obliged to begin to prepare the Government's oppositions to two previously assigned collateral

motions for relief filed in the Superior Court of the District of Columbia, due on August 10, 2007. The undersigned is also obliged to prepare responses to other previously assigned collateral attack motions, which are due in August and September. This is the Federal Defendants' first request for an extension of time; plaintiff should not be unduly prejudiced by this request.

WHEREFORE, the Federal Defendants respectfully request an extension of time to and including September 28, 2007, in which to answer, move or otherwise plead with respect to the action initiated by plaintiff's complaint. A proposed order is submitted herewith.

>                             Respectfully submitted,
>
>                             JEFFREY A. TAYLOR (D.C. Bar No. 490-610)
>                             United States Attorney
>
>                             ROBERT D. OKUN (D.C. Bar No. 457-078)
>                             Chief, Special Proceedings Division
>
>                             /s/ Thomas S. Rees
>                             THOMAS S. REES (D.C. Bar No. 358-962)
>                             Assistant United States Attorney
>                             Special Proceedings Division
>                             555 Fourth Street, N.W., Tenth Floor
>                             Washington, D.C. 20530
>                             (202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of July, 2007, a copy of the foregoing Federal Defendants' Motion For An Extension Of Time, along with a form of order, was served via the Court's electronic case filing system on:

>Bernard A. Solnik, Esq.
>11 North Washington Street, Ste. 640
>Rockville, MD 20850
>
>Linda Singer, Attorney General of the District of Columbia
>441 4th Street, N.W.
>Suite 1060 N
>Washington, D.C. 20001
>
>Honorable Rufus G. King, III, Chief Judge
>Superior Court of the District of Columbia
>500 Indiana Avenue, N.W.
>Washington, D.C. 20001
>
>/s/ Thomas S. Rees
>THOMAS S. REES
>ASSISTANT UNITED STATES ATTORNEY

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


PETER ROSE,                    )
                               )
          Plaintiff            )
                               )
     V.                        )     1:07-CV-00926
                               )     Judge Roberts
UNITED STATES OF AMERICA,      )
 et al.,                       )
                               )
          Defendants           )
```

                             ORDER

This matter is currently before the Court on the motion of United States of America and the Federal Bureau of Investigation ("Federal Defendants") for an extension of time in which to answer, move, or otherwise plead with respect to the action initiated by plaintiff's complaint.

UPON CONSIDERATION of the Federal Defendants' motion and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that the Federal Defendants' motion for an extension of time is hereby granted. And it is

FURTHER ORDERED that the Federal Defendants shall be afforded an extension of time to and including September 28, 2007, in which to answer, move, or otherwise plead with respect to the action initiated by plaintiff's complaint.

                              _____
                              Judge Richard W. Roberts
                              United States District Judge

<u>copies to</u>:

Bernard A. Solnik, Esq.
11 North Washington Street, Ste. 640
Rockville, MD 20850

Linda Singer,
Attorney General
  of the District of Columbia
441 4th Street, N.W.
Suite 1060 N
Washington, D.C. 20001

Honorable Rufus G. King, III, Chief Judge
Superior Court of the District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C. 20001

Thomas S. Rees
Assistant United States Attorney
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. – Room 10-911
Washington, D.C. 20530