UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ROSE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 07 CV 926 |
| ) | Judge Richard W. Roberts |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

**NOTICE OF ENTRY OF APPEARANCE**

The District of Columbia requests the Clerk of the Court to please enter the appearance of Assistant Attorney General Ellen Efros as counsel for the District of Columbia in the above captioned-matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Jayme B. Kantor
JAYME B. KANTOR [488502]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-7726 (telephone)
(202) 727-3625 (fax)