AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Peter Rose

**SUMMONS IN A CIVIL CASE**

V.

United States of America,
District of Columbia,
Superior Court of the District of Columbia
Federal Bureau of Investigation

CASE NUMBER: Case: 1:07-cv-00926
Assigned To: Roberts, Richard W.
Assign Date: 5/18/2007
Description: General Civil

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA, c/o Adrian M. Fenty, Mayor, John A. Wilson Building, 1350 Pennsylvania Ave., NW, Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard Solnik, Esq.
11 N. Washington Street, Suite 640
Rockville, MD 20850
Tel. 301-294-9200
Fax: 202-350-9562

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

DATE  8/6/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)   DATE  8/21/07 @ 11:30 am

NAME OF SERVER (PRINT)   Scott Tilles    TITLE  Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served District of Columbia, C/O Adrian M. Fenty Mayor, by serving Tabatha Braxton Staff Assistant, Office of the Secretary authorized to accept service, Wilson Bldg, 1350 Pennsylvania Ave., NW, # 419, Washington, DC 20004

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/07
                Date

Signature of Server   Scott Tilles

Professional Process Serving, Inc.
PO Box 407
Rockville, MD 20848
Address of Server
301-570-0770

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.