AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Peter Rose

**SUMMONS IN A CIVIL CASE**

V.

United States of America,
District of Columbia,
Superior Court of the District of Columbia
Federal Bureau of Investigation

CASE NUMBER: Case: 1:07-cv-00926
Assigned To: Roberts, Richard W.
Assign Date: 5/18/2007
Description: General Civil

TO: (Name and address of Defendant)

DISTRICT OF COLUMBIA, c/o Linda Singer, Attorney General of D.C., 441 4th Street NW, Suite 1060 N, Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard Solnik, Esq.
11 N. Washington Street, Suite 640
Rockville, MD 20850
Tel. 301-294-9200
Fax: 202-350-9562

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 8/6/2007
CLERK                                       DATE

(By) DEPUTY CLERK

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/21/07 @ 1:00pm |
| NAME OF SERVER *(PRINT)* Scott Tilles | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served District of Columbia, c/o Linda Singer, Attorney General of D.C., by serving Tonia Robinson, Legal Assistant, authorized to accept service, 441 4th St. N.W. #1060N Washington DC 20001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/27/07
             Date

Signature of Server
Scott Tilles

Address of Server
Professional Process Serving, Inc.
PO Box 407
Rockville, MD 20848
301-570-0770

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.