UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

    Plaintiff,

v.

UNITED STATES OF AMERICA
and
DISTRICT OF COLUMBIA
and
SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
and
FEDERAL BUREAU OF INVESTIGATION

    Defendants.

Case : 1 :07-cv-00926 (RWR)
Hon. Richard W. Roberts

**Motion To Strike A Portion Of Defendants' District Of Columbia And Superior Court For The District Of Columbia Motion To Dismss The Complaint And/Or Supplemental Opposition To Said Motion**

COMES NOW THE Plaintiff, Peter Rose, by and through undersigned counsel, and in support of his above-entitled motion and opposition, states as follows:

1. The Defendants' above-mentioned motion is moot with respect to the issue of service of process on the District of Columbia, as service of a renewed summons and the complaint was effectuated on August 21, 2007. Proof of said service upon the Mayor and the DC Attorney General has been electronically filed with the Court.

WHEREFORE, Plaintiff respectfully requests that the Defendants' motion be stricken and/or denied and for such other and further relief as Plaintiff's cause may require.

Respectfully submitted,

 /s/ Bernard Solnik
Bernard A. Solnik, Esq. (D.C. Bar #448453)
11 N. Washington Street, Suite 640
Rockville, MD 20850
Tel. 301-294-9200
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

BERNARD A. SOLNIK
ATTORNEY AT LAW
SUITE 640
11 N. WASHINGTON ST.
ROCKVILLE, MD 20850
TELEPHONE 301-294-9200

I HEREBY CERTIFY that on this 29th day of August 2007 a copy of the foregoing document was electronically served upon counsel for all parties.

    /s/ Bernard Solnik

BERNARD A. SOLNIK

ATTORNEY AT LAW
SUITE 640
11 N. WASHINGTON ST.
ROCKVILLE, MD 20850

TELEPHONE 301-294-9200