UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:07-cv-00926 |
| v. ) | Judge: Richard W. Roberts |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| DISTRICT OF COLUMBIA, ) | |
| SUPERIOR COURT OF THE ) | |
| DISTRICT OF COLUMBIA, ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO TREAT AS CONCEDED DEFENDANT'S MOTION TO DISMISS THE DISTRICT OF COLUMBIA SUPERIOR COURT**

The District of Columbia, by its attorney the Office of the Attorney General for the District of Columbia, moved this Honorable Court to dismiss the District of Columbia Superior Court from this lawsuit on grounds that this entity is *non suis juris*. This motion was filed on July 20, 2007. On August 1, 2007, Plaintiff filed his Opposition, but failed to oppose the motion to dismiss as to the D.C. Superior Court.[1] On August 29, 2007, Plaintiff filed a Motion to Strike a portion of the District's motion to dismiss,[2] but again, failed to address the issue of dismissing the D.C. Superior Court as a defendant.

Plaintiff has had ample time and opportunity to oppose the dismissal as to one of the defendants he named to his lawsuit. Because Plaintiff has failed to oppose the dismissal of the D.C. Superior Court as a named defendant, and based on the legal argument presented in Defendant's motion to dismiss and accompanying memorandum

---

[1] The only basis for Plaintiff's Opposition was the service of process issue.
[2] Again, the only basis for Plaintiff's Motion to Strike was the service of process issue.

of law (Docket # 8), the District of Columbia respectfully requests this Honorable Court treat the Motion to Dismiss as to the District of Columbia Superior Court as conceded and dismiss it as a named defendant, with prejudice.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        ___/s/ Ellen A. Efros_____
        ELLEN A. EFROS [250746]
        Chief, Equity I Section
        Civil Litigation Division


        __/s/ Jayme B. Kantor_____
        Jayme B. Kantor [488502]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6627
        F(202) 727-3625