```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


PETER ROSE                     )
                               )
     V.                        )      1:07-CV-00926 (RWR)
                               )
UNITED STATES OF AMERICA,      )
 et al.                        )
```

FEDERAL DEFENDANTS' MOTION FOR A FURTHER EXTENSION OF TIME
        TO ANSWER, MOVE, OR OTHERWISE PLEAD

The United States of America and the Federal Bureau of Investigation ("Federal Defendants"), by and through their attorney, the United States Attorney for the District of Columbia, respectfully move for a brief extension of time to and including October 12, 2007, in which to answer, move, or otherwise plead with respect to the action initiated by plaintiff's complaint. The undersigned attempted to reach counsel for plaintiff by telephone on September 27, 2007, to learn his position on this motion, without success.

In support, the Federal Defendants state that the undersigned, who was assigned to this matter on July 18, 2007, is obliged to prepare, file, and during this week two briefs in opposition in separate collateral attack cases pending in the United States District Court, and to conduct a hearing in D.C. Superior Court in a third collateral attack case as well.

In addition, we received yesterday a service copy of a motion to seal publicly available records regarding arrest and related court proceedings, filed by plaintiff on September 25, 2007 in

<u>United States v. Peter Rose</u>, F431-99 and in <u>United States v. Peter Rose</u>, M4035-00 (D.C. Superior Court). The relatively brief additional time sought will allow counsel to study plaintiff's new filing to discern whether its submission in D.C. Superior Court impacts the viability of his present action in this Court.

This is the Federal Defendants' second request for an extension of time; the relatively brief amount of additional time sought should not unduly prejudice plaintiff.

WHEREFORE, the Federal Defendants respectfully request an extension of time to and including October 12, 2007, in which to answer, move or otherwise plead with respect to the action initiated by plaintiff's complaint. A proposed order is submitted herewith.

        Respectfully submitted,

        JEFFREY A. TAYLOR (D.C. Bar No. 490-610)
        United States Attorney

        ROBERT D. OKUN (D.C. Bar No. 457-078)
        Chief, Special Proceedings Division

        <u>/s/ Thomas S. Rees</u>
        THOMAS S. REES (D.C. Bar No. 358-962)
        Assistant United States Attorney
        Special Proceedings Division
        555 Fourth Street, N.W., Tenth Floor
        Washington, D.C. 20530
        (202) 305-4882

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2007, a copy of the foregoing Federal Defendants' Motion For A Further Extension Of Time, along with a form of order, was served via the Court's electronic case filing system on:

>Bernard A. Solnik, Esq.
>11 North Washington Street, Ste. 640
>Rockville, MD 20850
>
>Jayme B. Kantor, Esq.
>Assistant Attorney General
>  of the District of Columbia
>441 4th Street, N.W.
>6th Floor South
>Washington, D.C. 20001
>
>
>/s/ Thomas S. Rees
>THOMAS S. REES
>ASSISTANT UNITED STATES ATTORNEY

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


PETER ROSE,                    )
                               )
           Plaintiff           )
                               )
     V.                        )     1:07-CV-00926
                               )     Judge Roberts
UNITED STATES OF AMERICA,      )
 et al.,                       )
                               )
           Defendants          )
```

                                ORDER

   This matter is currently before the Court on the motion of United States of America and the Federal Bureau of Investigation ("Federal Defendants") for an extension of time in which to answer, move, or otherwise plead with respect to the action initiated by plaintiff's complaint.

   UPON CONSIDERATION of the Federal Defendants' motion and the entire record herein, it is this _____ day of _____, 2007,

   ORDERED that the Federal Defendants' motion for an extension of time is hereby granted.  And it is

   FURTHER ORDERED that the Federal Defendants shall be afforded an extension of time to and including October 12, 2007, to answer, move, or otherwise plead with respect to the action initiated by plaintiff's complaint.


                              _____
                              Judge Richard W. Roberts
                              United States District Judge

<u>copies to</u>:

Bernard A. Solnik, Esq.
11 North Washington Street, Ste. 640
Rockville, MD 20850

Jayme B. Kantor, Esq.
Assistant Attorney General
  of the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

Thomas S. Rees
Assistant United States Attorney
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. – Room 10-911
Washington, D.C. 20530