UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

       Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

       Defendants.

Case : 1:07-cv-00926 (RWR)
Hon. Richard W. Roberts

### PLAINTIFF'S CONSENT TO DEFENDANT'S MOTION FOR A FURTHER EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

COMES NOW Plaintiff, by and through undersigned counsel, and hereby submits the following consent:

1. That Plaintiff, while consenting to the extension until October 12, 2007, wishes to go on record opposing any further extensions unless some truly extraordinary basis for such further extension arises.

                        Respectfully submitted,

                        /s/ Bernard Solnik
                        Bernard A. Solnik, Esq. (D.C. Bar #448453)
                        11 N. Washington Street, Suite 640
                        Rockville, MD 20850
                        Tel. 301-294-9200
                        bsolnik@solniklaw.com

BERNARD A. SOLNIK
ATTORNEY AT LAW
SUITE 640
11 N. WASHINGTON ST.
ROCKVILLE, MD 20850
TELEPHONE 301-294-9200