UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

        Plaintiff,

    v.

        Case : 1 :07-cv-00926 (RWR)
        Hon. Richard W. Roberts

UNITED STATES OF AMERICA, et al.,

        Defendants.

## PLAINTIFF'S MOTION TO ENLARGE TIME

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby moves this Court to enlarge the time in which papers may be filed in opposition to "Defendant District Of Columbia's Motion To Dismiss, Or, In The Alternative, Motion For Summary Judgment" and in support hereof states as follows:

1. The core issue in this case is the Constitutionality and other legal propriety of the District of Columbia's arrest record sealing law. Plaintiff believes the type of injures arising from the illegality of the arrest record sealing law are widespread, in that thousands of citizens, across all economic strata, are unlawfully deprived of their rights due to the arrest record sealing law.

2. Plaintiff therefore hopes and expects that upon learning of this lawsuit, other persons and organizations will want to file as amicus curae in support of the Plaintiff's position. During the next two months, Plaintiff will reach out to possibly interested organizations so they are aware of this litigation.

3. Accordingly, Plaintiff requests (i) that the Court grant until December 30, 2007 in which time persons and organizations may file motions for leave to file amicus curae in this matter; and (ii) for such other and further relief as Plaintiff's cause may require.

Respectfully submitted,

  /s/ Bernard Solnik_____
Bernard A. Solnik, Esq. (D.C. Bar #448453)
11 N. Washington Street, Suite 640
Rockville, MD 20850
Tel. 301-294-9200
bsolnik@solniklaw.com

BERNARD A. SOLNIK

ATTORNEY AT LAW
SUITE 640
11 N. WASHINGTON ST.
ROCKVILLE, MD 20850

TELEPHONE 301-294-9200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

　　　　　Plaintiff,

　　v.

UNITED STATES OF AMERICA, et al.,

　　　　　Defendants.

Case : 1 :07-cv-00926 (RWR)
Hon. Richard W. Roberts

### ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Enlarge Time, and good cause having been shown, it is this _____ day of _____ 2007 hereby

**ORDERED**; that Plaintiff's Motion to Enlarge Time is hereby GRANTED; and it is further

**ORDERED**; that persons and organizations may file motions for leave to file amicus curae in this matter until December 30, 2007.

_____
JUDGE; U.S. District Court

BERNARD A. SOLNIK

ATTORNEY AT LAW
SUITE 640
11 N. WASHINGTON ST.
ROCKVILLE, MD 20850

TELEPHONE 301 -294-9200