UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

       Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case : 1 :07-cv-00926 (RWR)
Hon. Richard W. Roberts

**PLAINTIFF'S CONSENT MOTION TO EXTEND TIME TO FILE
OPPOSITION TO FEDERAL DEFENDANTS' MOTION UNDER
RULES 12(b)(1) AND 12(b)(6) TO DISMISS FOR LACK OF SUBJECT
MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM**

COMES NOW the Plaintiff, by and through undersigned counsel, and hereby moves this Court for an extension of time to file an Opposition to the above-referenced motion to dismiss and in support hereof states as follows:

1. That on or about October 12, 2007, the Defendants the United States and the Federal Bureau of Investigation ("Federal Defendants") filed a motion to dismiss.

2. That the motion to dismiss contains extensive and detailed factual assertions regarding the testimony and oral rulings allegedly rendered during six days of hearings in the D.C. Superior Court.

3. That Plaintiff and his counsel believe it necessary to review the full transcript of these hearings in order to prepare an opposition to the motion.

4. That the motion to dismiss also cites over 40 cases whose opinions must be reviewed and researched prior to drafting an opposition.

5. That in view of the extensive work to be done in order to draft an opposition, and in view of the Plaintiff's counsel being a sole practitioner, a properly drafted opposition cannot reasonably be expected to be completed within the regular pleading cycle of this Court.

6. On October 15, 2007, the undersigned Counsel spoke by telephone with Thomas S. Rees, Esq., counsel for the Federal Defendants, who consented to Plaintiff filing an opposition on or before November 14, 2007.

7. On October 16, 2007, the undersigned Counsel spoke by phone with Jayme Kantor, Esq., the attorney for the other Defendants in this case, who indicated that she did not believe her clients' consent was required in order for this motion to be granted as a consent motion, and that her clients take no position on whether the Court should grant or deny the extension of time sought herein.

8. That Defendants are not unduly prejudiced by the granting of the extension of time sought herein, whereas denial of the extension would greatly prejudice the Plaintiff.

Wherefore it is respectfully requested that

1. this Motion be Granted;
2. that Plaintiffs may file an opposition to Federal Defendants' Motion Under Rules 12(B)(1) And 12(B)(6) To Dismiss For Lack Of Subject Matter Jurisdiction And For Failure To State A Claim on or before November 14, 2007;
3. and for such other and further relief as Plaintiff's cause may require.

Respectfully submitted,

   /s/ Bernard Solnik
Bernard A. Solnik, Esq. (D.C. Bar #448453)
11 N. Washington Street, Suite 640
Rockville, MD 20850
Tel. 301-294-9200
bsolnik@solniklaw.com

BERNARD A. SOLNIK

ATTORNEY AT LAW
SUITE 640
11 N. WASHINGTON ST.
ROCKVILLE, MD 20850

TELEPHONE 301-294-9200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER ROSE

       Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

       Defendants.

Case : 1 :07-cv-00926 (RWR)
Hon. Richard W. Roberts

## **ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion To Extend Time To File Opposition To Federal Defendants' Motion Under Rules 12(B)(1) And 12(B)(6) To Dismiss For Lack Of Subject Matter Jurisdiction And For Failure To State A Claim, it is this _____ day of _____ 2007 hereby

**ORDERED**; that Plaintiff's Consent Motion To Extend Time To File Opposition To Federal Defendants' Motion Under Rules 12(B)(1) And 12(B)(6) To Dismiss For Lack Of Subject Matter Jurisdiction And For Failure To State A Claim is GRANTED; and it is further

**ORDERED**; that Plaintiff may file an opposition to Federal Defendants' Motion Under Rules 12(B)(1) And 12(B)(6) To Dismiss For Lack Of Subject Matter Jurisdiction And For Failure To State A Claim on or before November 14, 2007.

_____
JUDGE; U.S. District Court for the District of Columbia