```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| PETER ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-926 (RWR) |
| | ) | |
| UNITED STATES et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The plaintiff filed a complaint against the District of Columbia and the Superior Court of the District of Columbia ("Superior Court") among others. Under Fed. R. Civ. P. 12(b)(5), these D.C. defendants moved to dismiss the plaintiff's claims because of insufficient service, and to dismiss the Superior Court because it is *non sui juris*. The plaintiff filed an opposition that addressed the service of process issue, but not the issue of the Superior Court being *non sui juris*. Later, after the District of Columbia was properly served, the plaintiff moved to strike as moot the defendants' motion to dismiss the District of Columbia for improper service. The D.C. defendants did not oppose the plaintiff's motion to strike, but did move to treat the motion to dismiss the Superior Court as conceded.

Local Civil Rule 7(b), states:

> [A]n opposing party shall serve and file a memorandum of points and authorities in opposition to [a] motion. If such a memorandum is not filed . . ., the Court may treat the motion as conceded. Local Civil Rule 7(b).

-2-

Since plaintiff did not oppose the motion to dismiss the Superior Court, the motion will be deemed conceded as to that issue and granted.  Because the District of Columbia has now been served, defendants' motion to dismiss for improper service and plaintiff's motion to strike will be denied as moot.  Accordingly, it is hereby

ORDERED that the defendants' motion to treat as conceded [22] be, and hereby is, GRANTED, and their motion to dismiss [8] be, and hereby is, GRANTED in part and DENIED in part.  The Superior Court is dismissed as a defendant, but the motion to dismiss for improper service is denied.  It is further

ORDERED that the plaintiff's motion to strike [19] be, and hereby is, DENIED as moot.

SIGNED this 19th day of November, 2007.

                                                         _____/s/_____  
                                                         RICHARD W. ROBERTS  
                                                         United States District Judge